**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

ELIJAH M. JOHNSON                                                                                          PLAINTIFF

v.                                              No. 4:19-cv-00176-JM

STATE OF ARKANSAS; *et al*.                                                                      DEFENDANTS

## ORDER

On January 17, 2020, the Court ordered plaintiff Elijah M. Johnson to provide proof of service of summons and complaint within fourteen days from the entry of that Order. Johnson has not complied. This action is therefore dismissed without prejudice as to all remaining defendants.

IT IS SO ORDERED this 29th day of April, 2020.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE